Michael Geary Wilson
818 Tampico, Walnut Creek, CA 94598
(925) 270-6017
michaelgearywilson@hotmail.com
PRO SE PLAINTIFF

RECEIVED
2014 OCT 10  A 9 03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court

Northern District of California

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA<br>KELLY WAYNE CHALLAND,<br>*in his official and individual capacities,*<br>CHAD MACDONALD,<br>*in his official and individual capacities,*<br>MATTHEW SCHULER,<br>*in his official and individual capacities,*<br>JARRED PEREIRA,<br>*in his official and individual capacities,*<br>ERIC MCQUOID,<br>*in his official and individual capacities,*<br>MICHAEL F. ELDER,<br>*in his official and individual capacities,* and<br>DOES 1-20,<br>*in their official and/or individual capacities,*<br><br>Defendants. | Case Number: CV 14 3491 SI<br><br>[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>DATE: January 30, 2015<br><br>TIME: 2:30 p.m.<br><br>COURTROOM: 10<br><br>JUDGE:       SUSAN ILLSTON |

The Court has considered PLAINTIFF'S REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE dated October 9, 2014. Finding that good cause exists, the Motion is GRANTED.

The Joint Case Management Conference Statement shall be filed on 1/23/15.

IT IS SO ORDERED.

Dated: 10/15/14

/s/ Susan Illston

SUSAN ILLSTON
UNITED STATES SENIOR DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Case Name: MICHAEL GEARY WILSON v. COUNTY OF CONTRA COSTA et al.

Case Number: CV 14 3491 SI

Document Served: REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE dated October 9, 2014

Manner of Service: Placed in U.S. Mail (with courtesy copy by email)

Sent To:
Monika Cooper
Assistant County Counsel
Tort and Civil Rights Litigation Division
Contra Costa County Counsel's Office
651 Pine Street, 11th Floor
Martinez, CA 94553
(Attorney Representing Named Defendants COUNTY OF CONTRA COSTA, MATTHEW SCHULER, CHAD MACDONALD, JARRED PERREIRA and ERIC MCQUOID)

Date Served: October 9, 2014

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

MICHAEL GEARY WILSON
818 TAMPICO
WALNUT CREEK, CA 94598