SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
CHAD MACDONALD, MATTHEW SHULER,
JARRED PEREIRA, ERIC MCQUOID and
MICHAEL ELDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA<br>KELLY WAYNE CHALLAND<br>*in his official and individual capacities;*<br>CHAD MACDONALD<br>*in his official and individual capacities;*<br>MATTHEW SCHULER<br>*in his official and individual capacities;*<br>JARRED PEREIRA<br>*in his official and individual capacities;*<br>ERIC MCQUOID<br>*in his official and individual capacities;*<br>MICHAEL F. ELDER<br>*in his official and individual capacities;*<br>and DOES 1-20<br>*in their official and/or individual capacities,*<br>      Defendants. | No. C14-3491 SI<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE TIME TO RESPOND TO<br>PLAINTFF MICHAEL GEARY<br>WILSON'S FIRST AMENDED<br>COMPLAINT<br><br>Crtrm: 10, 19th Floor<br>Judge: Hon. Susan Illston, Presiding<br>Date Action Filed: August 1, 2014<br>Trial Date:    None Assigned |

STIPULATION AND [PROPOSED[ ORDER RE TIME TO RESPOND TO PLAINTIFF MICHAE
GEARY WILSON'S FIRST AMENDED COMPLAINT  -  Case No.   C14-3491 SI

1

Plaintiff Michael Geary Wilson and Defendants County of Contra Costa, Chad MacDonald, Matthew Schuler, Jarred Pereira, Eric McQuoid, and Michael Elder hereby stipulate as follows:

1. The Court previously granted Plaintiff leave to file a First Amended Complaint up until and including February 2, 2015.  In the First Amended Complaint, Plaintiff will add new defendants.  Plaintiff will also add some "Non-Party Co-Conspirators and Possible Co-Conspirators," and will name as a "Non-Party Possible Co-Conspirator" D. Cameron Baker, who represents all current defendants other than Kelly Wayne Challand.  Mr. Baker's status as a non-party possible co-conspirator may require the current defendants to obtain new counsel.

2. The parties therefore jointly request that this Court conduct a review of the First Amended Complaint, including any newly asserted claims against the current and new defendants, pursuant to 28 U.S.C. section 1915(e)(2)(B) prior to any defendants having to respond to the First Amended Complaint.

3. The parties further request that the time for the current defendants to respond to the First Amended Complaint be extended until 14 days after the Court has completed its review of the First Amended Complaint under 28 U.S.C. section 1915(e)(2)(B) and issued an order based on that review.

4. There is good cause for the Court to grant these requests.

DATED: January 29, 2015		SHARON L. ANDERSON
						COUNTY COUNSEL


						By:      */s/ D. Cameron Baker*  _
						         D. CAMERON BAKER
						         Deputy County Counsel
						         Attorneys for Defendants
						         COUNTY OF CONTRA COSTA,
						         CHAD MACDONALD, MATTHEW
						         SCHULER, JARRED PEREIRA,
						         ERIC MCQUOID and MICHAEL ELDER

STIPULATION AND [PROPOSED[ ORDER RE TIME TO RESPOND TO PLAINTIFF MICHAE GEARY WILSON'S FIRST AMENDED COMPLAINT  -  Case No.   C14-3491 SI

2

DATE: January 29, 2015           /s/ *Michael Geary Wilson*
                                            MICHAEL GEARY WILSON
                                            Plaintiff

## ORDER

The Court finds that there is good cause for this Court to review the First Amended Complaint, including any newly asserted claims against the current and new defendants, pursuant to 28 U.S.C. section 1915(e)(2)(B) prior to the current defendants having to respond to the First Amended Complaint. Accordingly, the Court hereby extends the time for the current defendants to respond to the First Amended Complaint until 14 days after the Court has completed its review of the First Amended Complaint under 28 U.S.C. section 1915(e)(2)(B) and issued an order based on that review.

IT IS SO ORDERED.

DATED:   1/29  , 2015                        _/s/ Susan Illston_
                                                 HONORABLE SUSAN ILLSTON
                                                 United States District Court Judge

STIPULATION AND [PROPOSED[ ORDER RE TIME TO RESPOND TO PLAINTIFF MICHAE GEARY WILSON'S FIRST AMENDED COMPLAINT  -  Case No.   C14-3491 SI

3