UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

Plaintiff,

v.

COUNTY OF CONTRA COSTA, et al.,

Defendants.

Case No. 14-cv-03491-SI

**ORDER RE: PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pro se plaintiff Michael Geary Wilson has been granted the right to proceed *in forma pauperis*. Docket No 4. The Court has reviewed plaintiff's amended complaint and plaintiff may also proceed *in forma pauperis* against the newly added defendants.

However, the Court has granted defendants' motion to strike paragraphs 90a-d of plaintiff's amended complaint. <u>Therefore, before proceeding further plaintiff must re-file his amended complaint without those paragraphs</u>.

After plaintiff has refiled his amended complaint, with paragraphs 90a-d excised, the Court will order that the Clerk issue summons, and that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the amended complaint, scheduling orders, attachments, plaintiff's affidavit, and this order upon the defendants.

**IT IS SO ORDERED**.

Dated: February 10, 2015

_____
SUSAN ILLSTON
United States District Judge