UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

    Plaintiff,

    v.

COUNTY OF CONTRA COSTA, et al.,

    Defendants.

Case No. 14-cv-03491-SI

**ORDER RE: SERVICE OF FIRST AMENDED COMPLAINT**

Pro se plaintiff Michael Geary Wilson has, pursuant to the Court's order, re-filed his amended complaint with paragraphs 90a-d excised. Docket Nos. 60, 61.

The complaint having been found to comply with Title 28 USC § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendants.

**IT IS SO ORDERED**.

Dated: February 11, 2015

SUSAN ILLSTON
United States District Judge