SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:    (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA,
CHAD MACDONALD, MATTHEW SCHULER,
JARRED PEREIRA, ERIC MCQUOID and MICHAEL ELDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA<br>KELLY WAYNE CHALLAND<br>*in his official and individual capacities;*<br>CHAD MACDONALD<br>*in his official and individual capacities;*<br>MATTHEW SCHULER<br>*in his official and individual capacities;*<br>JARRED PEREIRA<br>*in his official and individual capacities;*<br>ERIC MCQUOID<br>*in his official and individual capacities;*<br>MICHAEL F. ELDER<br>*in his official and individual capacities;*<br>and DOES 1-20<br>*in their official and/or individual capacities*,<br><br>        Defendants. | No. C14-3491 SI<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENT 68-1 FROM THE DOCKET<br><br>Crtrm:  10, 19th Floor<br>Judge:  Hon. Susan Illston, Presiding<br>Date Action Filed: August 1, 2014<br>Trial Date:   None Assigned |

1  Plaintiff Michael Geary Wilson, having moved this Court pursuant to Local Rule 7-11
2  for an Order removing Document 68-1 from the docket and for other relief, ~~the motion having~~
3  ~~come on before the Court on the regular calendar~~, and having considered the papers filed by
4  the parties with respect to this motion, the oral argument of counsel, if any, and the records in
5  the Court's file, the Court hereby ORDERS as follows:
6  There is good cause for the Court to remove Document 68-1 from the docket.

8  IT IS SO ORDERED.

10  DATED: __3/11__, 2015  _Susan Illston_
11  HONORABLE SUSAN ILLSTON
   United States District Court Judge

[PROPOSED] ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO REMOVE DOCUMENT 68-1
FROM DOCKET - Case No.  C14-3491 SI                                                2