SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:    (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA, KELLY CHALLAND
CHAD MACDONALD, MATTHEW SCHULER,
JARRED PEREIRA, ERIC MCQUOID, MICHAEL ELDER
and RONALD HOEKWATER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA;<br>KELLY WAYNE CHALLAND<br>*in his official and individual capacities;*<br>CHAD MACDONALD<br>*in his official and individual capacities;*<br>MATTHEW SCHULER<br>*in his official and individual capacities;*<br>JARRED PEREIRA<br>*in his official and individual capacities;*<br>ERIC MCQUOID<br>*in his official and individual capacities;*<br>MICHAEL F. ELDER<br>*in his official and individual capacities;*<br>RONALD HOEKWATER<br>and DOES 1-20<br>*in their official and/or individual capacities*,<br><br>    Defendants. | No. C14-3491 SI<br><br>ADMINISTRATIVE MOTION OF DEFENDANTS TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES<br><br>Crtrm:  10, 19th Floor<br>Judge:  Hon. Susan Illston, Presiding<br>Date Action Filed: August 1, 2014<br>Trial Date:   None Assigned |

1 Defendants County of Contra Costa, Kelly Challand, Chad MacDonald, Matthew
2 Schuler, Jarred Pereira, Eric McQuoid, Michael Elder and Ronald Hoekwater hereby move the
3 Court pursuant to Local Rule 7-11 for an Order continuing the initial Case Management
4 Conference ("CMC") set for May 8 and the ADR conference call set for May 11 until after the
5 Court has issued its rulings on the pending motions to dismiss filed by these defendants.

6 Currently the parties will need to file an initial CMC statement on May 1. However, at
7 this time, the claims at issue in this case remain unclear and will continue to be so until the
8 Court rules on the pending motions to dismiss. Additionally, some or all of the current
9 defendants could be dismissed from the case. For these reasons, at this juncture, the parties
10 cannot prepare a meaningful CMC statement for the Court and the Court cannot hold a
11 productive initial CMC. The same holds true with respect to the upcoming ADR conference
12 call. Accordingly, to preserve judicial and party resources, the initial CMC and ADR
13 conference call should be continued until after the Court rules on the pending motions to
14 dismiss.

15 Counsel for defendants contacted Mr. Wilson via email to see if Mr. Wilson would
16 stipulate to continuing the initial CMC and related dates. Mr. Wilson did not reply to that
17 email.

18 For the reasons stated above, there is good cause to grant this administrative motion.

20 DATE: April 28, 2015                    SHARON L. ANDERSON
21                                          COUNTY COUNSEL

23                                          By:    */s/ D. Cameron Baker*
24                                                D. CAMERON BAKER
                                                  Deputy County Counsel
25                                                Attorneys for Defendants
                                                  COUNTY OF CONTRA COSTA, KELLY
26                                                CHALLAND, CHAD MACDONALD,
                                                  MATTHEW SCHULER, JARRED
27                                                PEREIRA, ERIC MCQUOID, MICHAEL
                                                  ELDER and RONALD HOEKWATER
28

SHARON L. ANDERSON (SBN 94814)
County Counsel
D. CAMERON BAKER (SBN 154432)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Electronic Mail: cameron.baker@cc.cccounty.us

Attorneys for Defendants
COUNTY OF CONTRA COSTA, KELLY CHALLAND
CHAD MACDONALD, MATTHEW SCHULER,
JARRED PEREIRA, ERIC MCQUOID, MICHAEL ELDER
and RONALD HOEKWATER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA<br>KELLY WAYNE CHALLAND<br>*in his official and individual capacities;*<br>CHAD MACDONALD<br>*in his official and individual capacities;*<br>MATTHEW SCHULER<br>*in his official and individual capacities;*<br>JARRED PEREIRA<br>*in his official and individual capacities;*<br>ERIC MCQUOID<br>*in his official and individual capacities;*<br>MICHAEL F. ELDER<br>*in his official and individual capacities;*<br>RONALD HOEKWATER<br>and DOES 1-20<br>*in their official and/or individual capacities*,<br><br>    Defendants. | No. C14-3491 SI<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND OTHER DATES<br><br>Crtrm:  10, 19th Floor<br>Judge:  Hon. Susan Illston, Presiding<br>Date Action Filed: August 1, 2014<br>Trial Date:   None Assigned |

1  Defendants County of Contra Costa, Kelly Challand, Chad MacDonald, Matthew
2 Schuler, Jarred Pereira, Eric McQuoid, Michael Elder, and Ronald Hoekwater having moved
3 this Court pursuant to Local Rule 7-11 for an Order continuing the initial Case Management
4 Conference and ADR conference call, the motion having come on before the Court on the
5 regular calendar, and having considered the papers filed by the parties with respect to this
6 motion, the oral argument of counsel, if any, and the records in the Court's file, the Court
7 hereby ORDERS as follows:

8  There is good cause to continue the initial Case Management Conference and the ADR
9 conference call until after the Court rules on defendants' pending motions to dismiss. ~~The~~
10 ~~Court will notify the parties of the new dates for the initial Case Management Conference and~~
11 ~~the ADR conference call at a later date~~.

12  IT IS SO ORDERED.

14 DATED: 4/30/15 , 2015

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

```
** The case management conference is continued to 6/26/15 at 3 p.m.
   Counsel shall contact the ADR Department and reschedule the conference to a date
   prior to the case management conference.
```

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE
DATES - Case No. C14-3491 SI                                                    2