UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 14-cv-03491-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND CONTINUING CASE MANAGEMENT CONFERENCE UNTIL OCTOBER 2, 2015** |

Plaintiff filed this case on August 1, 2014. The case is currently set for a further case management conference on September 18, 2015. Pursuant to this Court's Standing Order directing parties to file a joint case management conference statement one week prior to the conference, defendants filed a statement on September 10, 2015. Dkt. No. 114.

In their statement, defendants note that plaintiff has not complied with various directives from this Court and has failed to meet several discovery deadlines. On February 10, 2015, this Court issued an order directing plaintiff to destroy and/or delete all copies in his possession of a privileged email and to file a Notice with this Court certifying that he had done so. Dkt. No. 60 at 2. To date, plaintiff has not filed such a Notice. On June 26, 2015, at the initial case management conference, this Court directed plaintiff to serve on defendants copies of plaintiff's request for accommodation as well as this Court's order on the matter, both filed under seal. Defendants state that they have not received these documents. Dkt. No. 114 at 5. According to defendants, initial disclosures in this case were due on July 7, 2015, and plaintiff's responses to two written discovery requests were due on August 25 and 28, 2015. *Id.* at 4. Plaintiff has failed to meet these deadlines. *See id*. Finally, defendants have filed a declaration that, during a recent phone

call, plaintiff explained that "he would be unable to proceed with this litigation [and] was unable to respond to discovery, unable to participate in a face-to-face meet-and-confer and unable to prepare inserts for a joint case management conference statement." Baker Decl. ¶ 2.

In addition, on June 26, 2015, plaintiff filed a notice that he intended to file a motion to stay this litigation. Dkt. No. 108. No such motion to stay has been filed.

Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** why this matter should not be dismissed without prejudice for failure to prosecute. **If plaintiff wishes to prosecute this case, he must file a statement to this effect in writing no later than September 25, 2015, explaining his previous failures to comply with discovery and other requirements and identifying when and how his compliance will be provided**. If plaintiff fails to do so, the Court will dismiss this case without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

If the case has not been dismissed, the case management conference currently scheduled for September 19, 2015 is hereby CONTINUED to Friday, October 2, 2015 at 3:00 p.m.

**IT IS SO ORDERED**.

Dated: September 16, 2015

_____
SUSAN ILLSTON
United States District Judge

2