UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>      v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 14-cv-03491-SI<br><br>**DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On September 16, 2015, this Court issued an Order to Show Cause why this case should not be dismissed without prejudice for failure to prosecute. See Dkt. No. 115. The Order required plaintiff to show cause why this matter should not be dismissed without prejudice for failure to prosecute, by filing a statement in writing no later than September 25, 2015, explaining his previous failures to comply with discovery and other requirements and identifying when and how his compliance will be provided.

Plaintiff was advised that if he failed to do so, the Court would dismiss this case without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff has filed nothing further since issuance of the Order to Show Cause, nor has he contacted the Court in any way, and the September 25, 2015 deadline has passed. Accordingly, this action is dismissed without prejudice for failure to prosecute. All calendared dates and deadlines are VACATED, the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: September 28, 2015

_____
SUSAN ILLSTON
United States District Judge