UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | Case No. 14-cv-03491-SI<br><br>**JUDGMENT** |

This action was dismissed without prejudice for failure to prosecute. Dkt. No. 116. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: sEPTEMBER 28, 2015

_____
SUSAN ILLSTON
United States District Judge